# EXHIBIT 1

# EXHIBIT 1

Starting a law firm? - "Law Office Start-Up Guide" Request a complimentary copy. - From Judd Kessler

**Ron Futrell**
Contributor at BigJournalism.com
Las Vegas, Nevada Area | Broadcast Media



| | |
|---|---|
| Current | • **Contributor** at **BigJournalism.com**<br>• **President CEO** at **Future Vegas Media**<br>• **Talk show host** at **Sports Byline USA Radio Network** |
| Past | • Sports Anchor/News Anchor at KTNV |
| Education | • Brigham Young University |
| Recommendations | 2 people have recommended Ron |
| Connections | 215 connections |
| Websites | • Future Vegas Media |
| Twitter | • RonFutrell |
| Public Profile | http://www.linkedin.com/in/ronfutrell |

## Experience

**Contributor**
BigJournalism.com
Internet industry
January 2010 – Present (5 months)

Writer for internet web site dealing with media.

**President CEO**
Future Vegas Media
Public Relations and Communications industry
September 2008 – Present (1 year 9 months)

A fun place for marketing, public relations and communications in the most exciting city on the planet!

**Talk show host**
Sports Byline USA Radio Network
Marketing and Advertising industry
August 2008 – Present (1 year 10 months)

National Sports Talk Radio Show

www.sportsbyline.com

**Sports Anchor/News Anchor**
KTNV
Privately Held; 51-200 employees; Broadcast Media industry
April 1984 – August 2008 (24 years 5 months)

One heck of a fun run to survive and thrive at KTNV for 25 years. During that time I was able to be the top sportscaster in the market and take the morning news to #1.

I worked with some great people and made some lifelong friendships while at Ch 13.
Ron has 2 recommendations (2 co-workers) including:
    Dave Michaels, *News Art Director, KTNV-TV, Las Vegas*
    Laurie Higgins, *Receptionist, KTNV*

## Education

**Brigham Young University**
Communication
1974 – 1978

## Recommendations For Ron

**Sports Anchor/News Anchor**
KTNV

"Ron was incredible to work with during my time at KTNV in Las Vegas. Yes, he's the guy who worked his way through some 25 years+ at KTNV and was a leader in Sports broadcasting in the market. He was always a character and made others feel right at home in the building and made others split their sides laughing with his humorous outlook on all things KTNV. He went on to become quite the morning host too there. I'm certainly glad that I came to know and have the opportunity to work with him." *September 17, 2008*
    Dave Michaels, *News Art Director, KTNV-TV, Las Vegas*
    worked with Ron at KTNV

"Not only is Ron a professional in every way, he is also a caring, great all around guy to work with." *July 7, 2008*
    Laurie Higgins, *Receptionist, KTNV*
    worked directly with Ron at KTNV TV

## Additional Information

| | |
|---|---|
| Websites | • Future Vegas Media |
| Twitter: | • RonFutrell |
| Interests | Spend lots of time with my family, playing the guitar, listening to live music and trying to move onward and upward all the time. |
| Groups and Associations | Currently serving on the Boards for Crime Stoppers of Southern Nevada and Opportunity Village. |

 Las Vegas Network for Professionals

 PRSA Las Vegas Valley Chapter

Locals Love Vegas

**Honors and Awards**  I am proud to say that I have never won a single broadcasting award. Plenty of "Best Sportscaster in Las Vegas" awards from the Las Vegas Review Journal readers. But, never polluted my record with an honor from my peers.

## Personal Information

Birthday:   August 22

## Contact Settings

**Interested In**
- job inquiries
- business deals
- getting back in touch
- expertise requests
- reference requests

**Send a message to Ron Futrell**
Get introduced through a connection
Send InMail

# EXHIBIT 2

# EXHIBIT 2

reviewjournal.com -- Search
Page 1 of 2
Case 2:10-cv-00813-JCM-RJJ   Document 1-1   Filed 05/28/10   Page 5 of 17

**LAS VEGAS REVIEW-JOURNAL**
**reviewjournal.com**

February 6, 2010
Copyright © Las Vegas Review-Journal

## Mayor's remarks stir backlash

Benjamin Spillman LAS VEGAS REVIEW-JOURNAL

By BENJAMIN SPILLMAN

LAS VEGAS REVIEW-JOURNAL

Residents and community leaders upset by Las Vegas **Mayor** Oscar Goodman's angry statements about President Barack Obama said they would welcome Obama to the city, even if Goodman won't.

At a news conference at City Hall, Katherine Duncan, president of the Las Vegas Ward Five Chamber of Commerce, Assemblyman Harvey Munford, D-Las Vegas, and several residents said Goodman overreacted to Obama's statement Tuesday in New Hampshire warning people not to "blow cash on Vegas when you're trying to save for college."

Shortly after Obama's speech, Goodman and many other Nevada politicians criticized Obama, saying he shouldn't discourage Las Vegas visitation, especially when the Nevada economy is in shambles.

Goodman went so far as to say he wouldn't welcome Obama during a presidential visit planned around Feb. 18.

"We want to offer an open invitation to our president," Duncan said. "We want to offer our sincere apologies on behalf of our **mayor**."

The news conference came the day after a community meeting during which Goodman stormed out following a racially charged exchange with a resident.

Witnesses said the exchange was over school integration and Goodman's role in the black community. At the meeting there were also fliers denouncing Goodman's Obama comments and urging residents to express their discontent at City Hall the next day.

Goodman wouldn't answer questions after the meeting.

He was seen storming out of the event saying "I'm not going to be called a racist." When asked by a reporter what happened, Goodman said, "Find out in there."

Duncan said she didn't think Goodman's Obama outburst was racist or racially motivated. But she did say "it shows the **mayor**'s lack of sensitivity to our people and our neighborhoods."

Some black residents say Goodman went overboard in criticizing Obama.

Resident Mike Marks, 60, said Obama's use of Las Vegas "is just an analogy, like 'don't put the cart before the horse.' "

Goodman's outburst directed at America's first black president tapped into general discontent with city government among some Las Vegas residents, particularly in the West Side, the historic black neighborhood generally bordered by Carey Avenue, Bonanza Road, Rancho Drive and Interstate 15.

"I have always been a fan and supporter of Oscar Goodman," Marks said. "But right now I wouldn't vote for him for dog catcher."

Resident Saul Williams Jr., 58, said he didn't appreciate Goodman's Obama outburst but was also upset that even as Goodman and other city officials direct millions of dollars into downtown redevelopment, the neighborhood around his near-downtown home, built in 1931, is still underdeveloped.

"I don't have a sidewalk and I pay taxes," Williams said.

Other Las Vegas residents say Goodman was correct to criticize Obama, especially since the **remark** in New Hampshire was the second time in a year he used Las Vegas as a negative example to make a point about wasteful spending.

"The **mayor** has the right to feel the way he does because this is not the first time Obama has done this to our city. That has to be taken into consideration," said Las Vegas resident Mike Parola, 54, who said he voted for Obama.

The "first time," in February last year, came when banks and other firms receiving bailout money from the government were under criticism for holding meetings and junkets in Las Vegas.

Obama told an audience in Elkhart, Ind., "You can't get corporate jets, you can't go take a trip to Las Vegas or go down to the Super Bowl on the taxpayer's dime."

Politicians and convention industry officials said Obama's comments scared off business Las Vegas could have used given the recession.

Parola said he had to close his trucking company in March 2008 because of high fuel prices. He is now preparing to start another trucking company, but will have to go to Salt Lake City to do so.

"I'm going out of the city to get better work. I'm doing that because our economy is still failing," Parola said. "I think Vegas needs (Obama's) help more than his derogatory opinion toward Vegas."

Goodman responded to Duncan and the others through city of Las Vegas Communications Director David Riggleman, who wrote the **mayor** "feels if the demonstration today is a measure of the outrage in West Las Vegas, the poor turnout, where members of the news media equaled the protesters, speaks for itself."

Contact reporter Benjamin Spillman at bspillman@reviewjournal.com or 702-477-3861.

# EXHIBIT 3

# EXHIBIT 3

Case 2:10-cv-00813-JCM-RJJ   Document 1-1   Filed 05/28/10   Page 8 of 17

Next Blog»    Create Blog  Sign In



Home | Membership | Contact Us

Vegas 101 | Events | Boomtown | Outdoors | History | Vegas Secrets | Casinos | Dining | Entertainment | Nightlife | Sports | Shopping



PREVIOUS POSTS

Be Super Safe This Super Bowl Sunday
Mayweather vs. Mosley May 1, MGM Grand
Barack Obama Bashes Vegas Again
Hopkins vs. Jones Rematch April 3 Mandalay Bay
Movie Review-"Edge of Darkness"
Movie Review-"Extraordinary Measures"
Movie Review-"Daybreakers"
Jerry Tarkanian Rips The NCAA
Pinky Goes Off-Color
No Health Care Bill Lawsuit Filed, For Now



Subscribe to Posts [Atom]

FRIDAY, FEBRUARY 5, 2010

## Battle Between Oscar and Obama Continues

By BENJAMIN SPILLMAN LAS VEGAS REVIEW-JOURNAL

Residents and community leaders upset by Las Vegas Mayor Oscar Goodman's angry statements about President Barack Obama said they would welcome Obama to the city, even if Goodman won't.

At a news conference today at City Hall Katherine Duncan, president of the Las Vegas Ward Five Chamber of Commerce, Assemblyman Harvey Munford, D-Las Vegas, and several residents said Goodman overreacted to Obama's statement Tuesday in New Hampshire warning people not to "blow cash in Vegas when you're trying to save for college."

Shortly after Obama's speech Goodman and many other Nevada politicians immediately criticized Obama, saying he shouldn't discourage Las Vegas visitation, especially when the Nevada economy is in shambles.

Goodman went so far as to say he wouldn't welcome Obama during a presidential visit planned around Feb. 18. "We want to offer an open invitation to our president," Duncan said. "We want to offer our sincere apologies on behalf of our mayor."

The news conference came the day after a community meeting during which Goodman stormed out following a racially charged exchange with a resident. Witnesses said the exchange was over school integration and Goodman's role in the black community. At the meeting there were also fliers denouncing Goodman's Obama comments and urging residents to express their discontent at City Hall the next day.

Goodman wouldn't answer questions after the meeting.

He was seen storming out of the event saying "I'm not going to be called a racist." When asked by a reporter what happened Goodman said "find out in there."

Duncan said she didn't think Goodman's Obama outburst was racist or racially motivated. But she did say "it shows the mayor's lack of sensitivity to our people and our neighborhoods."

Some black residents say Goodman went overboard in criticizing Obama.

For more details check out the story at LVRJ.com

http://www.lvrj.com/news/breaking_news/Some-community-leaders-say-Goodman-overracted-to-Obamas-latest-Las-Vegas-comment-83664562.html

Labels: Las Vegas Mayor Oscar Goodman Barack Obama racist

POSTED BY RON, LOCALS LOVE VEGAS AT 4:38 PM

0 COMMENTS:

POST A COMMENT

**Comment as:** Select profile...

[Post Comment] [Preview]

<< Home

Home | Vegas Blog | Member Login | Contact Us | Site Map

Copyright © 2008 LocalsLoveVegas.com. All rights reserved.

# EXHIBIT 4

# EXHIBIT 4

Next Blog»      Create Blog   Sign In



Home | Membership | Contact Us

Vegas 101 | Events | Boomtown | Outdoors | History | Vegas Secrets | Casinos | Dining | Entertainment | Nightlife | Sports | Shopping



www.Groupon.com/Las-Vegas      Ads by Google

LINKS

Google News
Edit-Me
Edit-Me

PREVIOUS POSTS

The Polls on Mayweather vs. Mosley
Bridge Over Boulder Dam Nearing Completion
UNLV Athletics Budget in Trouble
Rebel Fans Send Team Off To Oklahoma City
Hard Rock Executive Dies
Nevada Jobless Rate at 13%
Sam's Town NASCAR Drivers Auction Feb 25th
Free Migraine Headache Seminar
Latest Morning News Ratings
Battle Between Oscar and Obama Continues

MONDAY, APRIL 26, 2010

## The Polls on Mayweather vs. Mosley

LOS ANGELES (April 26) - The polls on the internet asking "Who R U Picking?" for Mayweather vs. Mosley are producing very interesting results. With less than a week to go, the buzz has spread across all media platforms breaking the general boxing barriers and into mainstream sports, entertainment, political and many other sites. See what people are saying on who they think will be victorious on May 1 when Floyd "Money" Mayweather and Sugar Shane Mosley meet in the ring at the MGM Grand Garden Arena in a mega-fight which will be produced and distributed live by HBO-Pay-Per-View® beginning at 6 p.m. PST/9 p.m. EST:

Sugar Shane Mosley picked up 3% of East Coast votes and 2% of West Coast votes since we last tallied. The data still points to Mayweather dominating the East Coast voting, while Mosley still has the West Coast fans on his side.

        Mayweather   Mosley

East Coast    59%    41%

West Coast    46%    54%

A more in depth look at the country's top cities shows that Floyd Mayweather increased votes in Houston, Dallas and Phoenix while Sugar Shane Mosley gained votes in the seven other cities that have been tracked:

        Mayweather   Mosley

ARCHIVES

December 2008
January 2009
February 2009
March 2009
April 2009
May 2009
June 2009
July 2009
August 2009
September 2009
October 2009
November 2009
December 2009
January 2010
February 2010
March 2010
April 2010

Powered by Blogger

Los Angeles 44% 56%

New York 54% 46%

DC 67% 33%

Miami 63% 37%

Chicago 58% 42%

Houston 49% 51%

San Francisco 41% 59%

Dallas 49% 51%

Atlanta 66% 34%

Phoenix 51% 49%

Labels: mayweather vs mosley mgm grand boxing las vegas

POSTED BY RON, LOCALS LOVE VEGAS AT 3:49 PM   0 comments

Subscribe to
Posts [Atom]

---

WEDNESDAY, APRIL 14, 2010

### Bridge Over Boulder Dam Nearing Completion

After being awed by Yosemite, Esther Hanner drove alongside a man-made wonder in the making just outside Boulder City.

"We were on our way back to Nashville and we came around one of those hairpin turns at Hoover Dam and looked up and saw just those columns they had up at that time," she recalls. "It's amazing and good to know that people can still get together to build something incredible like that bridge."

Ever since that June day in 2007, she has been following the progress of the Mike O'Callaghan-Pat Tillman Memorial Bridge from afar — via the Internet almost exclusively. She has been surprised and disappointed that she has seen so little national news coverage about it.

"The nation needs to know about this," she says.

For a region that prides itself on its self-promotion and neon "Look at this!" attitude, there has been little capitalization so far on the bridge that provokes some form of "Look at that!" from just about everyone who sees it.

The Federal Highway Administration expects contractors to complete construction by Nov. 1. The span will divert all traffic off the dam, bring long-haul truckers over Black Canyon for the first time in almost a decade and should reduce travel times for tourists — unless those tourists want to stop to marvel at the bridge.

Tourism experts figure a lot of them will, and tour guides say it has the potential to be half of a one-two combination that's a guaranteed knockout. It's right next to one of the seven wonders of the industrial world, after all.

To read more and see pictures from the Las Vegas Sun, click the link below.

http://www.lasvegassun.com/news/2010/apr/14/bridge-part-journey-and-part-destination/

Labels: Mike O'Callahan Pat Tillman Bridge Nevada Arizona Boulder Dam

POSTED BY RON, LOCALS LOVE VEGAS AT 6:17 AM   0 comments

---

TUESDAY, APRIL 13, 2010

## UNLV Athletics Budget in Trouble

LAS VEGAS REVIEW-JOURNAL
Athletic director Jim Livengood said he hopes eventually to operate the UNLV athletic department independently of state and university funding.

John Locher/LAS VEGAS REVIEW-JOURNAL

UNLV's athletic department is projecting a $1.93 million deficit this fiscal year that will drain nearly its entire reserve fund, and athletic director Jim Livengood faces some tough choices as the likelihood of further cuts looms.

Livengood plans to reorganize the department. Although he said no decisions have been made, Livengood has not ruled out furloughs, salary freezes or layoffs.

"Right now, I'm looking at everything," said Livengood, hired in December after spending 16 years as Arizona's athletic director. "I'd like to get away from (layoffs). I just don't know that we can."

UNLV estimates that it will end its fiscal year June 30 with $26.06 million in revenues and $27.99 million in expenses.

The $2.07 million reserve fund that the department had at the beginning of the fiscal year is projected to drop to $135,415.

The Thomas & Mack Center is expected to have $1.45 million in reserves, and the athletic department could draw upon that money.

Rhett Vertrees, UNLV associate vice president for financial services, said he was optimistic about increasing the reserve fund for the next fiscal year because of money-making football games at home against Wisconsin and at West Virginia. The Wisconsin game should sell out, and UNLV will receive $750,000, all but $10,000 in cash, from West Virginia. UNR, another top draw, also visits.

Those games will help a football program expected to end the current fiscal year $3.11 million in the red.

FOR MORE ON THIS STORY, CLICK RJ LINK BELOW
http://www.lvrj.com/sports/unlv-athletics-face-crunch-time-90718594.html

Labels: UNLV athltics budget livengood

POSTED BY RON, LOCALS LOVE VEGAS AT 4:27 AM   0 comments

---

TUESDAY, MARCH 16, 2010

## Rebel Fans Send Team Off To Oklahoma City

March 15, 2010
UNLV FANS ARE INVITED TO SEND TEAM OFF TO OKLAHOMA CITY

Runnin' Rebels' bus to airport will leave from the Thomas & Mack Center parking lot at approximately 11:45 a.m. Tuesday

LAS VEGAS - The UNLV Athletics Department has invited fans to come to the Thomas & Mack Center's Parking Lot on Tuesday, March 16, to send off the men's basketball team to the NCAA Tournament. The Runnin' Rebels' bus is scheduled to depart the arena at approximately 11:45 a.m. UNLV is the No. 8 seed in the Midwest Region and will face No. 9 seed Northern Iowa on Thursday at 4:10 p.m. PDT on CBS.

Labels: UNLV Basketball NCAA Tournament Northern Iowa

POSTED BY RON, LOCALS LOVE VEGAS AT 11:00 AM   0 comments

---

TUESDAY, MARCH 9, 2010

## Hard Rock Executive Dies

By ARNOLD M. KNIGHTLY LAS VEGAS REVIEW-JOURNAL

The top executive of the Hard Rock Hotel died this morning, the hotel and state's top gaming regulator confirmed this afternoon.

A person was found dead of a gunshot wound this morning inside the home of Hard Rock Hotel President and Chief Operating Officer Randy Kwasniewski, Metro Lt. George Castro told the Associated Press.

Gaming Control Board Chairman Dennis Neilander said this afternoon he was notified by attorneys for Hard Rock's owners, Morgans Hotel Group, that Kwasniewski had died.

The Hard Rock Hotel issued a statement this afternoon stating, "We are extremely saddened by the loss of Randy, and our hearts and prayers go out to the family. We do not know any further details at this time."

Metropolitan Police public information officer Bill Cassell said police responded to a call at a residence in the northwest part of the valley around 9:50 a.m., but would not verify the call came from Kwasniewski's residence.

The call said an individual had possibly suffered a gunshot wound. A deceased individual was found upon the police's arrival.

"This individual did suffer from an apparent gunshot would and our investigation is ongoing," Cassell said.

The Clark County Coroner's office said at 1 p.m. they had no knowledge of a fatality at the residence.

Kwasniewski has been in his current position at the Hard Rock Hotel since New York-based boutique hotel operator Morgans Hotel Group bought the resort in February 2007.

He had been overseeing a $750 million expansion that added two new hotel towers, additional casino space and a larger concert hall to the property.

Kwasniewski was vice president of operations of the Hard Rock Hotel from January 2004 until May 2005 for previous owner Peter Morton. He also spent time as an executive for Starwood Hotels & Resorts Worldwide and Starwood Capital Group.

Labels: Hard Rock Executive Dies Rancy Kwasniewski

POSTED BY RON, LOCALS LOVE VEGAS AT 2:27 PM   0 comments 

---

MONDAY, MARCH 8, 2010

## Nevada Jobless Rate at 13%

Seasonal job losses across Nevada slackened considerably in January, helping the state's unemployment stay steady at 13 percent.

Nevada employers cut 25,300 jobs from December to January, far less than the 40,300 jobs they cut in the same period a year earlier, according to new statistics from the state Department of Employment, Training and Rehabilitation.

Those latest cuts are just 450 more than the average decline from December to January in the

last decade.

In Las Vegas, the unemployment rate jumped more noticeably, rising from 13.1 percent in December to 13.8 percent in January. That January total nearly matches the market's jobless record of 13.9 percent, set in September.

Most of the job cuts came from seasonal personnel patterns. Retail employment fell by 4,600 jobs from December to January, as stores eliminated temporary holiday positions. That was the shallowest cut in the last 10 years, though the smaller cuts came because retailers hired fewer seasonal workers in the first place.

State government fell by 5,100 jobs due to a break between university semesters. The construction sector, which usually dwindles during January because of winter weather, was off by 3,200 jobs.

For more details from the LVRJ, go to the link below:
http://www.lvrj.com/news/nevada-s-jobless-rate-remains-at-13-percent-86855522.html

Labels: Nevada Jobless Rate 13% Jobs lost Las Vegas

POSTED BY RON, LOCALS LOVE VEGAS AT 12:23 PM   0 comments

FRIDAY, FEBRUARY 12, 2010

## Sam's Town NASCAR Drivers Auction Feb 25th

Annual NASCAR Driver's AuctionBid on an opportunity to meet and ride along with your favorite driver on the pre-race parade lap!

NASCAR Drivers scheduled to appear are:
Greg Biffle
Bobby LaBonte
David Ragan

Silent auction featuring NASCAR memorabiliaDoors open at 5:00 p.m. Event starts at 6:00 p.m.Under 21 must be accompanied by an adult

Tickets available through Coast Casinos Box Office Locations: Sam's Town's LV Front Desk, Gold Coast Front Desk, Orleans Showroom Box Office, Orleans Arena Box Office, Suncoast Showroom Box Office & www.samstownlv.com/hotel-entertainment or call 702-284-7777 only

http://www.samstownlv.com/whats-new/events/speedway-childrens-charity

Labels: NASCAR drivers auction Sam's Town Casino

POSTED BY RON, LOCALS LOVE VEGAS AT 7:16 PM   0 comments

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:       Text

Registration Number / Date:
                    TX0007138831 / 2010-04-30

Application Title: Mayor's remarks stir backlash.

Title:              Mayor's remarks stir backlash.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-02-06

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.
                    Regarding deposit: Special relief granted under 37 CFR
                       202.20(d).

Names:              Stephens Media LLC
                    Righthaven LLC

================================================================================
```