ANS
JASON M. WILEY, ESQ.
Nevada Bar #9274
**WOODS ERICKSON WHITAKER & MAURICE LLP**
1349 W. Galleria Drive, #200
Henderson, NV 89014
Tel: (702) 433-9696
Fax: (702) 434-0615
jwiley@woodserickson.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>RON FUTRELL, an individual,<br><br>                    Defendant. | CASE NO.  2:10-CV-0813<br><br>**DEFENDANT'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW, Defendant, RON FUTRELL, an individual, by and through their counsel of record, Woods Erickson Whitaker & Maurice LLP, and in and for those allegations set out in Plaintiff's Complaint, admit, deny and allege as follows:

## NATURE OF ACTION

1.      In answering Paragraph 1 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

## PARTIES

2.      In answering Paragraph 2 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

3.      In answering Paragraph 3 of Plaintiff's Complaint, Defendant is without sufficient

information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

4. In answering Paragraph 4 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

5. In answering Paragraph 5 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

6. In answering Paragraph 6 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

7. In answering Paragraph 7 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

## JURISDICTION

8. In answering Paragraph 8 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

9. In answering Paragraph 9 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

10. In answering Paragraph 10 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

11. In answering Paragraph 11 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

12. In answering Paragraph 12 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

13. In answering Paragraph 13 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

14. In answering Paragraph 14 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

15. In answering Paragraph 15 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

16. In answering Paragraph 16 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

17. In answering Paragraph 17 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

18. In answering Paragraph 18 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

## VENUE

19. In answering Paragraph 19 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

20. In answering Paragraph 20 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

## FACTS

21. In answering Paragraph 21 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

22. In answering Paragraph 22 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

23. Answering Paragraph 23 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

24. In answering Paragraph 24 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

25. In answering Paragraph 25 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

26. In answering Paragraph 26 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

27. In answering Paragraph 27 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

28. In answering Paragraph 28 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

29. In answering Paragraph 29 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

30. In answering Paragraph 30 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

### CLAIM FOR RELIEF: COPYRIGHT INGRINGEMENT

31. Answering Paragraph 31 of Plaintiff's Complaint, Defendant repeats and realleges each of its responses to the allegations contained in Paragraphs 1 through 30 of Plaintiff's Complaint as though fully set forth herein.

32. In answering Paragraph 32 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

33. In answering Paragraph 33 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

34. In answering Paragraph 34 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

35. In answering Paragraph 35 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein and therefore deny said allegations.

36. In answering Paragraph 36 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

37. In answering Paragraph 37 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

38. In answering Paragraph 38 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

39. In answering Paragraph 39 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

40. In answering Paragraph 40 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

41. In answering Paragraph 41 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

42. In answering Paragraph 42 of Plaintiff's Complaint, Defendant denies each and every allegation set forth therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel, the doctrine of laches, waiver, and otherwise time barred by the passage of time.

**FOURTH AFFIRMATIVE DEFENSE**

If Plaintiff sustained damages alleged in the Complaint, whether economic or otherwise, such injuries or damages, if any were directly and legally caused by the intervening acts and/or omissions of one or more intervening individuals for which Defendant IS not legally responsible.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant hereby incorporates those defenses set forth in FRCP Rule 12 as though fully set forth.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff, by its acts, deeds and conduct, has heretofore released Defendant from any and all claims that it might otherwise have been entitled to assert against Defendants.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is precluded from recovery from Defendant upon the causes of action asserted in Plaintiff's Complaint by the applicable statute of frauds.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to join indispensable parties without whom a full and complete adjudication of the matter set forth in Plaintiff's Complaint can be had.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff would be unjustly enriched if Plaintiff were to recover judgment against Defendant upon the obligation described in Plaintiff's Complaint.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate its damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant has been required to obtain the services of counsel to respond to Plaintiff's Complaint, and Defendant is entitled to an award of a reasonable attorney's fee.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant's actions described herein can be deemed to be a fair use of Plaintiff's material, and not in violation of federal copyright laws.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff, with full knowledge of all of the facts connected with or relating to the transaction alleged in Plaintiff's Complaint, ratified and confirmed in all respects the acts of Defendant by accepting the benefits to Plaintiff accruing from such acts.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant's actions do not give rise to the imposition of punitive damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendants' Answer, and therefore, Defendants reserve the right to amend their Answer to the Complaint to allege additional affirmative defenses if subsequent investigation so warrants

WHEREFORE, Defendants pray as follows:

1. That the Complaint on file herein be dismissed as it relates to Defendant;
2. That Defendant be awarded its costs and fees in defending this matter;
3. For such other and further relief in equity or at law, as the Court determines to be just and proper in the instant matter.

Dated this 12th day of July 2010.

WOODS ERICKSON WHITAKER & MAURICE LLP

By: /s/ Jason M. Wiley
JASON M. WILEY, ESQ
Nevada Bar #9274
1349 W. Galleria Drive, #200
Henderson, NV  89014
(702) 433-9696

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the \_\_12th\_\_ day of July, 2010, I did serve a true and correct copy of the foregoing **DEFENDANT'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** on all parties to this action by:

Facsimile          _____

Regular Mail     \_\_\_X\_\_\_\_\_

addressed as follows:

Steven A. Gibson, Esq.
J. Charles Coon, Esq.
Joseph C. Chu, Esq.
9960 W. Cheyenne Ave, Ste. 210
Las Vegas, NV 89129
Fax No. 702-527-5909

_____N. DURAND_____
An employee of Woods Erickson Whitaker & Maurice